IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOB CUSTARD, Inmate #02728-031, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 04-538-GPM |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

This action comes before the Court on Plaintiff's "Motion Requesting Ruling as to APA Jurisdictional Status" (Doc. 6). Plaintiff was granted leave to proceed *in forma pauperis* on March 14, 2005, and was ordered to pay an initial partial filing fee of $8.01 and to submit a completed and signed consent form authorizing the Bureau of Prisons to remit payment of the filing fee to the Court (Doc. 5). Plaintiff was provided with copies of the form and a return envelope. Plaintiff has yet to submit this form to the Court as ordered.

In the instant motion, Plaintiff argues that he is not required to pay the filing fee and, further, that the Court's order requiring him to pay the filing fee is unlawful because his complaint specifically requests that the Court initially determine whether the Administrative Procedures Act (APA) is "the proper jurisdiction" for his case.

Plaintiff's request for a specific disposition is wholly unrelated to the filing fee requirement. Plaintiff became obligated to pay the filing fee at the time he filed his complaint, and he remains under the obligation regardless of the disposition of his case. *See Hains v. Washington*, 131 F.3d

Page 1 of 2

1248, 1250 (7th Cir. 1997). Plaintiff's complaint will be evaluated pursuant to 28 U.S.C. § 1915A after he has submitted the consent form authorizing payment from his prison account and the initial partial filing fee has been paid.

Accordingly, Plaintiff's motion requesting ruling as to APA jurisdictional status (Doc. 6) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall complete, sign, and return one "Consent Form -- *In Forma Pauperis* Proceedings" to the Clerk of this Court in the envelope provided, within **FIFTEEN (15) DAYS** of the date of entry of this Memorandum and Order. The Clerk is **DIRECTED** to provide two copies of the appropriate form to Plaintiff with his copy of this Order, along with a pre-addressed return envelope. Failure to provide the Bureau of Prisons with this authorization shall be grounds for dismissal of this action. FED. R. CIV. P. 41(b); *see generally Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). However, Plaintiff will still be liable for the full filing fee for this action.

**IT IS SO ORDERED.**

DATED: 04/20/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge