## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOB ALLEN CUSTARD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil No. 04-CV-538-GPM-PMF |
| | ) |
| UNITED STATES, JAMES CUTCHIN, and | ) |
| ROBERT WHITEHOUSE, | ) |
| | ) |
| Respondents. | ) |

### REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff's motion for default judgment (pt. of Doc. No. 35). Plaintiff argues that defendant Cuthins failed to respond to the Complaint by September 28, 2006. The motion is not accompanied by a discussion of relevant facts (such as service method and date) or authority (such as Rule 55 of the Federal Rules of Civil Procedure). Moreover, the Clerk has not entered Cuthins' default and Cuthins is not in default. The date for Cuthins' responsive pleading has been extended to October 12, 2006, and a second request for an extension is pending (Doc. No. 36, 37).

IT IS RECOMMENDED that plaintiff's motion for default judgment (pt. Doc. No. 35) be DENIED.

SUBMITTED:     **October 26, 2006**

*s/ Philip M. Frazier*
**PHILIP M. FRAZIER**
**U.S. Magistrate Judge**